IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**RANDY ENGLISH**　　　　　　　　　　　　　　　　　　　　　　　　**PLAINTIFF**
**ADC #137545**

v.　　　　　　　　　　**CASE NO. 4:21-CV-01031-BSM**

**GARY M. ARNOLD,** *et al.*　　　　　　　　　　　　　　　　　　　　**DEFENDANTS**

## JUDGMENT

Consistent with the order entered today, this case is dismissed without prejudice.

IT IS SO ORDERED this 12th day of January, 2022.

_____
UNITED STATES DISTRICT JUDGE